USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dirk Bulson

                             Plaintiff,

    -against-

Andrew M. Saul, Commissioner of Social Security Administration,

                            Defendant.

1:20-cv-09997 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Friday, February 19, 2021, Plaintiff shall file a letter indicating the efforts made to serve Defendant with the Complaint.

**SO ORDERED.**

DATED:    New York, New York
                February 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge